GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
DANIEL Y. LI, SBN 268894
DLi@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendants
OPENFEINT, INC. and
GREE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW HINES, JENNIFER AGUIRRE, ALEXANDER HERNANDEZ, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENFEINT, INC., a Delaware Corporation, GREE INTERNATIONAL, INC., a California Corporation;<br><br>Defendants. | CASE NO. 3:11-cv-03084 EDL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS OPENFEINT, INC. AND GREE INTERNATIONAL, INC. TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT**<br> ORDER<br><br><u>Jury Trial Demanded</u><br><br>Date Action Filed:  June 22, 2011<br>Trial Date:  Not Set |

Pursuant to Civil Local Rule 6-1, Defendants OpenFeint, Inc. ("OpenFeint") and GREE International, Inc. ("GREE"), and Plaintiffs Matthew Hines, Jennifer Aguirre, and Alexander Hernandez ("Plaintiffs") hereby stipulate to extend the time OpenFeint and GREE have to answer or

1  otherwise respond to the Class Action Complaint to August 31, 2011.  The requested extension will
2  not alter the date of any event or any deadline already fixed by any Court order.

3  DATED: July 19, 2011              GIBSON, DUNN & CRUTCHER LLP
4
5                                    By:      /s/ *S. Ashlie Beringer*
6                                              S. Ashlie Beringer
7                                    Attorneys for Defendants
                                      OPENFEINT, INC. and
8                                     GREE INTERNATIONAL, INC.
9
10
11 DATED: July 19, 2011              PARISI & HAVENS LLP
12
13                                   By:      /s/ *David C. Parisi*
                                               David C. Parisi
14
15                                   Attorneys for Plaintiffs
                                     MATTHEW HINES, ET AL.
16
17

## ATTORNEY ATTESTATION

19     Pursuant to General Order 45, I, S. Ashlie Beringer, hereby attest that concurrence in the
20 filing of this document has been obtained from David C. Parisi.
21
22 DATED: July 19, 2011                         /s/ *S. Ashlie Beringer*
                                                  S. Ashlie Beringer
23
24 GREE Stip to Extend Time.doc
25    IT IS SO ORDERED:
26
27 _____
   Edward M. Chen
28 U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen

# DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State.  On July 19, 2011, I served the within:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS OPENFEINT, INC. AND GREE INTERNATIONAL, INC. TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT**

to all named counsel of record as follows:

   **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on July 19, 2011, at Palo Alto, California.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Lorraine Nishiguchi*
　　　　　　　　　　　　　　　　　　　　　　　　LORRAINE NISHIGUCHI