GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
DANIEL Y. LI, SBN 268894
DLi@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendants
OPENFEINT, INC. and
GREE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW HINES, JENNIFER AGUIRRE, ALEXANDER HERNANDEZ, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENFEINT, INC., a Delaware Corporation, GREE INTERNATIONAL, INC., a California Corporation;<br><br>Defendants. | CASE NO. 3:11-cv-03084 EMC<br><br>**STIPULATION AND PROPOSED ORDER TO SET DEADLINE FOR FILING OF AMENDED COMPLAINT AND BRIEFING SCHEDULE AND HEARING FOR PROSPECTIVE MOTION TO DISMISS**<br><br><u>Jury Trial Demanded</u><br><br><br>Date Action Filed:  June 22, 2011<br>Trial Date:  Not Set |

WHEREAS, on June 22, 2011, Plaintiffs Matthew Hines, Jennifer Aguirre, and Alexander Hernandez ("Plaintiffs") filed their Class Action Complaint in this matter;

WHEREAS, Defendants OpenFeint, Inc. ("OpenFeint") and GREE International, Inc. ("GREE") (collectively, "Defendants") and Plaintiffs subsequently stipulated, pursuant to Civil Local

1  Rule 6-1, and this Court ordered, that Defendants' time to answer or otherwise response to the Class

2  Action Complaint was extended to August 31, 2011 (Docket No. 12);

3      WHEREAS, Plaintiffs intend to file an amended complaint pursuant to Fed. R. Civ. P.

4  15(a)(1) on or before September 6, 2011;

5      WHEREAS, the parties wish to set a schedule for the filing of the amended complaint,

6  Defendants' time to answer or otherwise respond to the amended complaint, and a briefing schedule

7  in the event Defendants move to dismiss the amended complaint;

8      NOW, THEREFORE, the parties hereby stipulate and request entry of an order as follows:

9      1.    Plaintiffs shall file their amended complaint on or before September 6, 2011;

10      2.    Defendants shall move to dismiss or otherwise respond to or answer the amended

11  complaint no later than October 11, 2011;

12      3.    Plaintiffs shall oppose Defendants' motion to dismiss, if any, no later than

13  November 15, 2011;

14      4.    Defendants shall reply to Plaintiffs' opposition to the motion to dismiss no later than

15  December 6, 2011; and

16      5.    The Court shall conduct a hearing on Defendants' motion to dismiss on Friday,

17  ~~January 13, 2012, at 1:30 p.m~~.   January 20, 2012 at 1:30 p.m.

18  The above-referenced deadlines will not alter the date of any event or deadline already fixed

19  by Court order.

20                          Respectfully submitted,

21  DATED: August 29, 2011          GIBSON, DUNN & CRUTCHER LLP

22

23                          By: _____/s/ *S. Ashlie Beringer*_____
                                S. Ashlie Beringer

24

25                          Attorneys for Defendants
                        OPENFEINT, INC. and

26                          GREE INTERNATIONAL, INC.

27  [Signatures continued on page 3.]

28

| | |
|---|---|
| DATED: August 29, 2011 | MILBERG LLP |

By: _____/s/ *Peter E. Seidman*_____
        Peter E. Seidman

Attorneys for Plaintiffs
MATTHEW HINES, ET AL.

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from Peter E. Seidman.

DATED: August 29, 2011                    /s/ *S. Ashlie Beringer*
        S. Ashlie Beringer

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

_____
Hon. Edward M. Chen
U.S. District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

101141539.1

# DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On August 29, 2011, I served the within:

**STIPULATION AND PROPOSED ORDER TO SET DEADLINE FOR FILING OF AMENDED COMPLAINT AND BRIEFING SCHEDULE AND HEARING FOR PROSPECTIVE MOTION TO DISMISS**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on August 29, 2011, at Palo Alto, California.

                                         /s/ *Lorraine Nishiguchi*
                                          LORRAINE NISHIGUCHI