GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
DANIEL Y. LI, SBN 268894
DLi@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendant
OPENFEINT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW HINES, JENNIFER AGUIRRE, ALEXANDER HERNANDEZ, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENFEINT, INC., a Delaware Corporation, GREE INTERNATIONAL, INC., a California Corporation;<br><br>Defendants. | CASE NO. 3:11-cv-03084 EMC<br><br>**STIPULATION AND P**~~**ROPOSED**~~ **ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT OPENFEINT'S PROSPECTIVE MOTION TO DISMISS**<br><br>Date Action Filed: June 22, 2011<br>Trial Date: Not Set |

WHEREAS, on September 6, 2011, Plaintiffs Matthew Hines and Alexander Hernandez ("Plaintiffs") filed an Amended Class Action Complaint ("Complaint") against Defendant OpenFeint, Inc. ("OpenFeint") in this matter;

WHEREAS, pursuant to stipulation and court order, OpenFeint currently has until October 11, 2011 to move to dismiss the Complaint, Plaintiffs have until November 15, 2011 to

oppose OpenFeint's motion, OpenFeint has until December 6, 2011 to file a reply in support of its motion, and OpenFeint's motion is scheduled for hearing on January 20, 2012 (Docket No. 26);

WHEREAS, due to various scheduling issues, OpenFeint's counsel has requested, and Plaintiffs' counsel has agreed, to extend the briefing schedule by a short period of time but to maintain the current hearing date, subject to the Court's approval and availability;

NOW, THEREFORE, the parties hereby stipulate and request entry of an order as follows:

1. OpenFeint shall move to dismiss or otherwise respond to the Complaint no later than October 21, 2011;

2. Plaintiffs shall oppose OpenFeint's motion to dismiss no later than December 2, 2011;

3. OpenFeint shall reply to Plaintiffs' opposition to the motion to dismiss no later than January 6, 2011; and

4. The hearing date for OpenFeint's motion to dismiss shall remain as Friday, January 20, 2012, at 1:30 p.m.

Other than as set forth above, the above-referenced deadlines will not alter the date of any event or deadline already fixed by Court order. The parties previously stipulated to extend OpenFeint's time to respond to the initial complaint (*see* Docket No. 12), and, as noted above, the parties stipulated, and this Court ordered, the existing briefing schedule with respect to the amended Complaint. *See* Docket No. 26

Respectfully submitted,

DATED: September 26, 2011                GIBSON, DUNN & CRUTCHER LLP


By: _____/s/ *S. Ashlie Beringer*_____
        S. Ashlie Beringer

Attorneys for Defendant
OPENFEINT, INC.

[Signatures continued on page 3.]

| | |
|---|---|
| DATED:  September 26, 2011 | MILBERG LLP |
| | By: _____/s/ *Peter E. Seidman*_____<br>　　　　　　Peter E. Seidman |
| | Attorneys for Plaintiffs<br>MATTHEW HINES and<br>ALEXANDER HERNANDEZ |

### **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from Peter E. Seidman.

DATED:  September 26, 2011　　　　　　　　　　　_____/s/ *S. Ashlie Beringer*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　S. Ashlie Beringer

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

_____
Hon. Edward M. Chen
U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

101155408.1

# DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On September 26, 2011, I served the within:

**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT OPENFEINT'S PROSPECTIVE MOTION TO DISMISS**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on September 26, 2011, at Palo Alto, California.

/s/ *Lorraine Nishiguchi*
LORRAINE NISHIGUCHI

Gibson, Dunn & Crutcher LLP

4

**Stipulation to Extend Briefing Schedule** – Case No. 3:11-cv-03084 EMC