Peter E. Seidman (*pro hac vice*)
Sanford P. Dumain (*pro hac vice*)
Melissa Ryan Clark (*pro hac vice*)
Charles Slidders (*pro hac vice*)
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Fax: (212) 868-1229
pseidman@milberg.com
sdumain@milberg.com
mclark@milberg.com
cslidders@milberg.com

Joseph H. Malley (*pro hac vice*)
**LAW OFFICE OF JOSEPH H. MALLEY, P.C.**
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100
Fax: (214) 943-6170
malleylaw@gmail.com

David C. Parisi (SBN 162248)
**PARISI & HAVENS LLP**
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Fax: (818) 501-7852
dparisi@parisihavens.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW HINES, JENNIFER AGUIRRE, and ALEXANDER HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>OPENFEINT, INC., a Delaware Corporation, and GREE INTERNATIONAL, INC., a California Corporation.<br><br>           Defendants. | Case No. 11-cv-3084-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** ; ORDER |

Stipulation of Voluntary Dismissal

1 | IT IS HEREBY STIPULATED AND AGREED by all parties who have appeared in the above-captioned action (the "Action") that:

A.   The Action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each side to bear its own costs.

B.   The parties in the Action shall not assert claims of any violation of Fed. R. Civ. P. 11 relating to the prosecution or defense of the Action and assert that, in fact, they and their respective counsel at all times complied with and satisfied the requirements of Fed. R. Civ. P. 11.

C.   This Stipulation of Voluntary Dismissal shall have no precedential value or effect whatsoever and shall not be admitted in any other action or proceeding as evidence or for any other purpose, except in an action or proceeding against the defendants or any of their parents, subsidiaries or affiliates or to otherwise enforce this Stipulation of Voluntary Dismissal.

Dated: December 2, 2011

| **MILBERG LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| /s/ Peter E. Seidman | /s/ Gail E. Lees |
| Peter E. Seidman (*pro hac vice*) | Gail E. Lees, SBN 90363 |
| Sanford P. Dumain (*pro hac vice*) | glees@gibsondunn.com |
| Melissa Ryan Clark (*pro hac vice*) | S. Ashlie Beringer, SBN 263977 |
| Charles Slidders (*pro hac vice*) | aberinger@gibsondunn.com |
| One Pennsylvania Plaza, 49th Floor | Joshua A. Jessen, SBN 222831 |
| New York, NY 10119 | jessen@gibsondunn.com |
| Telephone: (212) 594-5300 | Daniel Y. Li, SBN 268894 |
| Fax: (212) 868-1229 | dli@gibsondunn.com |
| sdumain@milberg.com | 1881 Page Mill Road |
| pseidman@milberg.com | Palo Alto, California 94304 |
| mclark@milberg.com | Telephone: (650) 849-5300 |
| cslidders@milberg.com | Facsimile: (650) 849-5333 |
| Joseph H. Malley (*pro hac vice*) | **Attorneys for Defendants** |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | |
| 1045 North Zang Blvd | |
| Dallas, TX 75208 | |
| Telephone: (214) 943-6100 | |
| Fax: (214) 943-6170 | |
| malleylaw@gmail.com | |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

Stipulation of Voluntary Dismissal                                2

David C. Parisi (SBN 162248)
**PARISI & HAVENS LLP**
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Fax: (818) 501-7852
dparisi@parisihavens.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the ECF system.

          */s/ Peter E. Seidman*
          PETER E. SEIDMAN