1  Peter E. Seidman (*pro hac vice*)
   Sanford P. Dumain (*pro hac vice*)
2  Melissa Ryan Clark (*pro hac vice*)
   Charles Slidders (*pro hac vice*)
3  **MILBERG LLP**
   One Pennsylvania Plaza, 49th Floor
4  New York, NY 10119
   Telephone: (212) 594-5300
5  Fax: (212) 868-1229
   pseidman@milberg.com
6  sdumain@milberg.com
   mclark@milberg.com
7  cslidders@milberg.com

8  Joseph H. Malley (*pro hac vice*)
   **LAW OFFICE OF JOSEPH H. MALLEY, P.C.**
9  1045 North Zang Blvd
   Dallas, TX 75208
10 Telephone: (214) 943-6100
   Fax: (214) 943-6170
11 malleylaw@gmail.com

12 David C. Parisi (SBN 162248)
   **PARISI & HAVENS LLP**
13 15233 Valleyheart Drive
   Sherman Oaks, CA 91403
14 Telephone: (818) 990-1299
   Fax: (818) 501-7852
15 dparisi@parisihavens.com

16 *Counsel for Plaintiffs*

17               IN THE UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

| | |
|---|---|
| MATTHEW HINES, JENNIFER AGUIRRE, and ALEXANDER HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>OPENFEINT, INC., a Delaware Corporation, and GREE INTERNATIONAL, INC., a California Corporation.<br><br>                    Defendants. | Case No. 11-cv-3084-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** ; ORDER |

Stipulation of Voluntary Dismissal

1    IT IS HEREBY STIPULATED AND AGREED by all parties who have appeared in the
2    above-captioned action (the "Action") that:
3        A.    The Action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P.
4    41(a)(1), each side to bear its own costs.
5        B.    The parties in the Action shall not assert claims of any violation of Fed. R. Civ. P.
6    11 relating to the prosecution or defense of the Action and assert that, in fact, they and their
7    respective counsel at all times complied with and satisfied the requirements of Fed. R. Civ. P. 11.
8        C.    This Stipulation of Voluntary Dismissal shall have no precedential value or effect
9    whatsoever and shall not be admitted in any other action or proceeding as evidence or for any
10   other purpose, except in an action or proceeding against the defendants or any of their parents,
11   subsidiaries or affiliates or to otherwise enforce this Stipulation of Voluntary Dismissal.

Dated: December 2, 2011

| **MILBERG LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| /s/ Peter E. Seidman | /s/ Gail E. Lees |
| Peter E. Seidman (*pro hac vice*) | Gail E. Lees, SBN 90363 |
| Sanford P. Dumain (*pro hac vice*) | glees@gibsondunn.com |
| Melissa Ryan Clark (*pro hac vice*) | S. Ashlie Beringer, SBN 263977 |
| Charles Slidders (*pro hac vice*) | aberinger@gibsondunn.com |
| One Pennsylvania Plaza, 49th Floor | Joshua A. Jessen, SBN 222831 |
| New York, NY 10119 | jessen@gibsondunn.com |
| Telephone: (212) 594-5300 | Daniel Y. Li, SBN 268894 |
| Fax: (212) 868-1229 | dli@gibsondunn.com |
| sdumain@milberg.com | 1881 Page Mill Road |
| pseidman@milberg.com | Palo Alto, California 94304 |
| mclark@milberg.com | Telephone: (650) 849-5300 |
| cslidders@milberg.com | Facsimile: (650) 849-5333 |
| Joseph H. Malley (*pro hac vice*) | ***Attorneys for Defendants*** |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | |
| 1045 North Zang Blvd | |
| Dallas, TX 75208 | |
| Telephone: (214) 943-6100 | |
| Fax: (214) 943-6170 | |
| malleylaw@gmail.com | |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

Stipulation of Voluntary Dismissal      2

1  David C. Parisi (SBN 162248)
   **PARISI & HAVENS LLP**
2  15233 Valleyheart Drive
   Sherman Oaks, CA 91403
3  Telephone: (818) 990-1299
   Fax: (818) 501-7852
4  dparisi@parisihavens.com

5  *Attorneys for Plaintiffs*

6

7

8                           <u>**CERTIFICATE OF SERVICE**</u>

9       **I HEREBY CERTIFY** that on December 2, 2011, I electronically filed the foregoing
10 document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document
11 is being served this day on all counsel of record via transmission of Notices of Electronic Filing
12 generated by the ECF system.
13

14                                   <u>/s/ Peter E. Seidman          </u>
                                     PETER E. SEIDMAN
15

16

17

18

19

20

21

22

23

24

25

26

27

28